IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| S3G TECHNOLOGY LLC,<br><br>      Plaintiff,<br><br>v.<br><br>UNIKEY TECHNOLOGIES, INC.,<br><br>      Defendant. | Case No. 6:16-cv-400-RWS-KNM<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE AND RETENTION OF JURISDICTION TO ENFORCE THE LICENSE AND SETTLEMENT AGREEMENT

CAME ON THIS DAY for consideration of the Agreed Upon Motion for Dismissal with Prejudice and Retention of Jurisdiction to Enforce the License and Settlement Agreement between Plaintiff, S3G Technology LLC, and Defendant, UniKey Technologies, Inc., subject to the terms of the License and Settlement Agreement entered into by the parties, and the Court being of the opinion that said motion should be **GRANTED**, it is hereby:

**ORDERED, ADJUDGED,** and **DECREED** that the Court is (1) **DISMISSING** all claims and counterclaims between Plaintiff and Defendant UniKey Technologies, Inc., **WITH PREJUDICE**, with each party to bear its own costs, expenses and attorneys' fees, and (2) retaining jurisdiction to enforce the License and Settlement Agreement between the parties.

      **SIGNED this 11th day of July, 2018.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE